### In re Estate of Michael Fitzgerald, Deceased.

**On Appeal of Joanna A. O'Brien, Respondent, Appellant, v. Joanna A. O'Brien, Administratrix, Appellee (Lillian A. Regan, Petitioner, Appellee.)**

**Gen. No. 18,897.   (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the October term. Reversed and remanded with directions. Opinion filed February 3, 1914. Rehearing denied February 24, 1914.

### Statement of the Case.

Proceeding for the recovery of concealed assets under R. S. ch. 3, sec. 81, J. & A. ¶ 130, on petition of Lillian Reagan against Joanna A. O'Brien. From an

order finding that Joanna A. O'Brien had a sum of money in her possession belonging to the estate of Michael Fitzgerald, deceased, and requiring that she pay same to the administratrix of the estate forthwith, she appeals.

BRADLEY, HARPER & EHEIM, for appellant; THOMAS E. D. BRADLEY, of counsel.

FOREMAN, LEVIN & ROBERTSON, for appellee; EGBERT ROBERTSON, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

GIFTS, § 29*—*acts constituting a gift inter vivos.* Where a father and daughter on depositing money in a bank; entered into an agreement under the terms of which on the death of one, title was to vest in the survivor, and shortly before his death the former directed his daughter to withdraw the money from the bank, which she did, delivering it to him, and he thereupon returned it to her saying: "Here, take it and keep it," it was *held* that an absolute gift of the money to the daughter was shown.